UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDSEY GARRISON, as Parent
and Natural Guardian of H.G.

      Plaintiff,

v.                                            Case No: 2:21-cv-131-SPC-MRM

THE UNITED STATES OF
AMERICA,

      Defendant.
_____/

### ORDER[1]

Before the Court is Plaintiff's Complaint (Doc. 1). Plaintiff filed the Complaint and exhibits containing a minor child's name. This violates Federal Rule of Civil Procedure 5.2(a) and the Middle District's Administrative Procedures for Electronic Filing G.2. Thus, the Court strikes the docket entry. Plaintiff can file an amended complaint containing the minor child's initials or redaction where necessary.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. The Clerk is **DIRECTED** to **STRIKE** the PDFs on the docket from the Complaint (Doc. 1) and its attachments.

2. Plaintiff is **DIRECTED** to file an amended complaint, in accordance with the Court's policies on privacy protection, **on or before February 26, 2021**.

**DONE** and **ORDERED** in Fort Myers, Florida on February 19, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record