UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDSEY GARRISON, as Parent
and Natural Guardian of H.G.,

    Plaintiff,

v.                              Case No.:  2:21-cv-131-SPC-KCD

UNITED STATES OF AMERICA,

    Defendant.
                                  /

## ORDER[1]

Before the Court is the parties' Joint Notice of Mediation Report indicating the case was settled (Doc. 38), and the Joint Report indicating Plaintiff has instituted a state court action to approve the settlement on behalf of minor H.G. (Doc. 40).

Because this case has reached a settlement that must be approved by the state court, the Court will stay this case pending that process. *See Clinton v. Jones*, 520 U.S. 681, 706-07 (1997) ("The District Court broad discretion to stay proceedings as an incident to its power to control its own docket."). The parties

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

must file a status report on the state court action on or before December 19, 2022, and every 60 days thereafter.

Accordingly, it is now

**ORDERED:**

1. This case is **STAYED** pending the parties' state court action for settlement approval.

2. The parties must **FILE** a joint report on the status of the state court action **on or before December 19, 2022**, and every 60 days thereafter.

3. The Clerk is **DIRECTED** to add a stay flag to the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on October 21, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record